FILED '07 JUL 06 14:13 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT DEZSOFI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-6051-TC |
| v. ) | |
| ) | ORDER |
| USF REDDAWAY, INC., and GREG ) | |
| SCHMIDT, ) | |
| ) | |
| Defendants. ) | |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on March 26, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1   - ORDER

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 26, 2007, in its entirety. Defendants' motion for summary judgment (#25) is granted.

IT IS SO ORDERED.

DATED this 6th day of July, 2007.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER